Commonwealth *v.* Roberson, Appellant.

Argued November 9, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

510

*David Zwanetz*, with him *Robert A. Rovner*, for appellant.

*Milton M. Stein*, Assistant District Attorney, with him *William P. Boland*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 20, 1972:
Judgment of sentence affirmed.

Former Mr. Chief Justice BELL and former Mr. Justice BARBIERI took no part in the consideration or decision of this case.